UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FETCH! PET CARE, INC.,

     Plaintiff,

v.

ATOMIC PAWZ INC., et al.,

     Defendants.

Case No. 25-cv-11568

Honorable Robert J. White

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

This case involves Plaintiff's claims against Defendants, 36 individuals or entities who entered into franchise agreements with Plaintiff, for breach of contract, trademark infringement, and misappropriation of trade secrets. (ECF No. 1). Before the Court is Plaintiff's motion for a temporary restraining order (TRO) and a preliminary injunction. (ECF No. 2). The Parties fully briefed the motion and the Court held oral argument on June 5, 2025. For the reasons stated on the record, the Court (1) grants in part and denies in part the request for a TRO and (2) will enter a scheduling order concerning the request for a preliminary injunction.

\* \* \*

IT IS HEREBY ORDERED that the motion for a TRO and a preliminary injunction (ECF No. 2) is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that Defendants cease use of all Fetch! federally-registered trademarks, including (but not limited to) in website communications, business directories, and promotional materials.  This does not include customer reviews on websites such as Yelp or Google that mention Fetch!.  Defendants, however, may not link to such reviews for use on their own websites if the reviews mention Fetch!.

IT IS FURTHER ORDERED that Defendants, and their successors and assigns, are hereby enjoined from communicating—directly or through third parties—with any existing Fetch! Pet Care, Inc. franchisee, about any issue or subject pertinent to the pending litigation.  Nothing in this order shall preclude defense counsel from speaking to his existing clients.

IT IS FUTHER ORDERED that the motion for a TRO and a preliminary injunction (ECF No. 2) is otherwise DENIED in all other respects.

3

IT IS FURTHER ORDERED that the parties shall appear for a hearing, yet to be scheduled, on Plaintiff's request for a preliminary injunction.


Dated: June 6, 2025                         s/Robert J. White
                                            Robert J. White
                                            United States District Judge